ZIMMERMAN MANUFACTURING COMPANY V. ADDISON
TOWER.

FILED MAY 2, 1894.   No. 5269.

Failure to File Briefs: REVIEW. This cause having been sub-
mitted to the court upon the transcript and bill of exceptions,
without any brief or oral argument from either party, the judg-
ment is affirmed without an examination of the record.   *Stabler*
*v. Gund*, 35 Neb., 648, followed.

ERROR from the district court of Furnas county. Tried
below before COCHRAN, J.

*G. W. Norris*, for plaintiff in error.

*McClure & Anderson, contra.*

NORVAL, C. J.

This was a suit upon a promissory note for $25. The de-
fense set up in the answer was a breach of warranty in the
sale of a windmill and pump, for which property said note
was given as part of the purchase price. The cause was
tried to the court below on the pleadings and evidence,
which resulted in a judgment for the defendant.

The errors assigned in the petition in error are that the
finding and judgment are contrary to the law and the evi-
dence, and that the court erred in overruling plaintiff's
motion for a new trial. The case was submitted to this
court upon the transcript and bill of exceptions without
any brief or oral argument for either party. In *Stabler v.
Gund*, 35 Neb., 648, it was said: " This court is burdened
with business, and counsel bringing cases here for review
should file briefs of the points and authorities relied upon for
a reversal of the judgment. A case that does not possess
sufficient merit to demand the filing of briefs is of too little

importance to occupy the time of the court in its consideration, and in the future such cases, ordinarily, will be affirmed without an investigation of the questions presented." We adhere to that decision. It will control this case. The judgment of the district court is therefore

AFFIRMED.